IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 2:15-CV-00309

2. Style of case: JOSE R. AMADOR V. TRACIE MCCORKMICK INC. ET AL

3. Nature of suit: PERSONAL INJURY

4. Method of ADR used:   ☑ **Mediation**   ☐ Mini-Trial   ☐ Summary Jury Trial

5. Date ADR session was held: 2/15/2016

6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.          ☐ Settled, in part, as result of ADR
   ☑ **Settled as a result of ADR.**          ☐ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $1,350.00

8. Duration of ADR: FOUR HOUR  (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

   James J. Juneau, Mediator                Frank G. Cawley, Esq., defense counsel
   Jose Reyes Amador, plaintiff
   Joe Worthington, Esq., plaintiff counsel

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*James J. Juneau*
Signature                                           February 15, 2016
                                                    Date

12001 N. Central Expressway, Suite 650, Dallas, Texas  75243   (214)303-4500
Address                                                        Telephone

## CERTIFICATE OF SERVICE

       This is to certify that a true and correct copy of the foregoing ADR Reporting Form was electronically filed with and has been electronically sent to all parties through the Eastern District of Texas Electronic Court Filing system on February 15, 2016.

                                                       ___/s/_____
                                                          James J. Juneau
                                                         Mediator

**Joe Worthington, Esq.**
Negem & Worthington
440 South Vine Avenue
Tyler, TX  75702
(903) 595-4466
(903) 593-3266

**Frank G. Cawley, Esq.**
Whitehurst & Cawley PLLC
4560 Beltliine Road, Suite 200
Addison, TX  75001
(972) 503-5455
(972) 503-6155