IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **JOSE REYES AMADOR,** | § |
| | § |
| Plaintiff, | § |
| | § |
| | § |
| | §   CIVIL ACTION NO. |
| | §   2:15-CV-00309 |
| | § |
| **TRACIE MCCORMICK, INC.** | § |
| **and TRACY FENLEY** | § |
| | § |
| Defendants. | § |

## AGREED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff, Jose Amador ("Plaintiff") and Defendants, Tracy Fenley and Tracie McCormick, Inc. (collectively the "Defendants") and file this, their Agreed Motion to Dismiss and in support thereof would respectfully show the Court as follows:

Plaintiff and Defendants would announce to the Court that all matters of fact and things in controversy by and between the parties hereto have been fully and finally a compromised and settled.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Jose Amador and Defendants, Tracy Fenley and Tracie McCormick, Inc. jointly respectfully request that the Court grants their Agreed Motion to Dismiss to dismiss any and all of Plaintiff's suits, claims, and/or causes of action filed against Defendants in the instant cause with prejudice as to the Plaintiff's right to re-file same or any part thereof, with all costs of court to be taxed to the party incurring same.

Respectfully submitted,

*/s/ Jimmy M. Negem*
Jimmy M. Negem
State Bar No. 14865500
Joe M. Worthington
State Bar No. 22009950
NEGEM & WORTHINGTON
440 South Vine Avenue Tyler, Texas 75702
Telephone: (903) 595-4466
Telecopier: (903) 593-3266

**ATTORNEYS FOR PLAINTIFF JOSE REYES AMADOR**

*/s/ Frank G. Cawley*
FRANK G. CAWLEY
State Bar No. 24006978
WHITEHURST & CAWLEY, L.L.P.
4560 Belt Line Road, Suite 200
Addison, Texas 75001
(972) 503-5455 Telephone
(972) 503-6155 Facsimile

**ATTORNEY FOR DEFENDANTS TRACIE MCCORMICK, INC. AND TRACY FENLEY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause this the 4th day of March, 2016 in the following manner:

       ___ Via Facsimile

       ___ Via First Class Mail

       ___ Via Hand Delivery Via Certified Mail, Return Receipt Requested

      _X_ Via Electronic Mail

*/s/ Frank Cawley*
FRANK CAWLEY