IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **JOSE REYES AMADOR,** | § § |
| **Plaintiff,** | § § § |
| | §     **CIVIL ACTION NO.** |
| | §     **2:15-CV-00309** |
| | § |
| **TRACIE MCCORMICK, INC.** | § |
| **and TRACY FENLEY** | § § |
| **Defendants.** | § § |

## AGREED ORDER OF DISMISSAL

ON THIS DATE, Plaintiff, Jose Reyes Amador, and Defendants, Defendant Tracie McCormick, Inc. and Tracy Fenley, announced to the Court that the Plaintiffs have dismissed with prejudice their claims in the above-styled and numbered cause against Defendants. It is therefore,

ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff's claim in the above-entitled and numbered cause against Defendants are hereby dismissed with prejudice to the refiling of same in any form. Costs are taxed against the party incurring same unless.

SIGNED this 5th day of March, 2016.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE